UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY MORGAN and
DARLA MORGAN,

    Plaintiffs,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC. and EQUIFAX
INFORMATION SERVICES, LLC,

_____/

Case No. 4:23-cv-11783-sdk-kga

Hon. Shalina D. Kumar

Mag. Kimberly G. Altman

Tarek N. Chami (P76407)
**CHAMI LAW, PLLC**
22000 Michigan Ave., STE 200
Dearborn, MI 48124
T: (313) 444-5029
tarek@chamilawpllc.com
*Attorneys for Plaintiffs*
*Darla and Terry Morgan*

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY

PLEASE TAKE NOTICE that Plaintiffs Terry and Darla Morgan ("Plaintiffs"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses the action against Defendant Equifax Information Services, LLC, ONLY, with prejudice.

                **CHAMI LAW, PLLC**

                By: /s/ *Tarek N. Chami*
                Tarek N. Chami (P76407)
                22000 Michigan Ave., STE 200
                Dearborn, MI 48124
                T: (313) 444-5029
                tarek@chamilawpllc.com
                *Attorneys for Plaintiffs*
                *Darla and Terry Morgan*