UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY MORGAN and
DARLA MORGAN,

    Plaintiffs,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC. and EQUIFAX
INFORMATION SERVICES, LLC,
_____/

Case No. 4:23-cv-11783-sdk-kga

Hon. Shalina D. Kumar

Mag. Kimberly G. Altman

Tarek N. Chami (P76407)
**CHAMI LAW, PLLC**
22000 Michigan Ave., STE 200
Dearborn, MI 48124
T: (313) 444-5029
tarek@chamilawpllc.com
*Attorneys for Plaintiffs*
*Darla and Terry Morgan*

## STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Terry and Darla Morgan and Defendant Experian Information Solutions, Inc. ("Experian"), having agreed to the entry of this Stipulation and Order of Dismissal with Prejudice dismissing all claims of Plaintiff against Defendant Experian, with prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiffs against Defendant Experian are dismissed, with prejudice. Plaintiffs and Experian shall each bear their own costs and attorneys' fees as outlined in the parties settlement agreement.

//

1

This Order resolves the last pending claim and closes the case.

Date: November 7, 2023

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge

**I/we consent to the entry of this order**:

**CHAMI LAW, PLLC**

/s/Tarek N. Chami
Tarek N. Chami (P76407)
22000 Michigan Ave., STE 200
Dearborn, MI 48124
T: (313) 444-5029
tarek@chamilawpllc.com
*Attorney for Plaintiffs*
*Terry and Darla Morgan*

**JONES DAY**

/s/Miriam Archibong
Miriam Archibong
Jones Day - Detroit
150 W. Jefferson Ave.
Suite 2100
Detroit, MI 48226
313-230-7903
marchibong@jonesday.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*